# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Joseph Cook

*Plaintiff(s)/Petitioner(s)*

v.

Marshall County Sheriffs Dept.
Deputy Dr. Hatton

*Defendant(s)/Respondent(s)*

Case Number: 19-1372-JPG
*(Clerk's Office will provide)*

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement. 405 Randle st. Edwardsville, Il. 62025, #61159, Madison Co. Jail

**Defendant #1:**

B. Defendant Sheriff Wayne Strawn is employed as
(a) (Name of First Defendant)

Sheriff
(b) (Position/Title)

with Marshall County, Il. 520 Sixth St. Lacon, Il. 61540
(c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain:

Sheriff of Marshall County

Rev. 7/20/18

**Defendant #2:**

C. Defendant Deputy Dr. Hatton is employed as

(Name of Second Defendant)

Doctor

(Position/Title)

with Marshall County Sheriffs Dept.

(Employer's Name and Address)

520 Sixth st. Lacon, Il. 61540

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:

Doctor + Deputy at Marshall County Jail

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law? ☐Yes ☒No

No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:
   Plaintiff(s):

   Defendant(s):

2. Court (if federal court, name of the district; if state court, name of the county):

3. Docket number:

4. Name of Judge to whom case was assigned:

5. Type of case (for example: Was it a habeas corpus or civil rights action?):

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

7. Approximate date of filing lawsuit:

8. Approximate date of disposition:

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is YES,

1. What steps did you take?

Filed a grievance

2. What was the result?

told me it was an ingrown hair when later diagnosed as M.R.S.A Staff infection

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,

1. What steps did you take?

2. What was the result?

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

These papers were damaged in a fire

## IV. STATEMENT OF CLAIM

**A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.**

A sore showed on my stomach and by the next day it had doubled in size. I contacted the nurse and was told it was an ingrown hair. Over the next 10 days it quadrupled in size and medical still insisted it was an ingrown hair. I was deathly sick then they called for an ambulance after the lesion burst. They were deliberately indifferent to my medical needs and I felt as if I was going to die. I still have ~~n~~ nightmares and panic attacks. This all happened in Nov.-Dec. 2017
Dr. Hatton is liable as well as others.

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

$150,000.00 and released from my probation in Marshall County, Il

## VI. JURY DEMAND *(check one box below)*

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: Dec. 12, 2019 (date)

Joseph Cook
Signature of Plaintiff

405 Randle st.
Street Address

Joseph Cook
Printed Name

Edwardsville, Il. 62025
City, State, Zip

61159
Prisoner Register Number

______________________
Signature of Attorney (if any)

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. **In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically.** And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

## CERTIFICATE OF SERVICE

I certify that a copy of this 42 USC 1983 was mailed/delivered
(Name of Document)

to Clerk U.S. District Court for on Dec. 12, 2019.
(Name and Address of Party/Attorney) (Date)

Southern Dist.
750 Missouri Ave.
East St. Louis, Il.
62201

Joseph Cook
Signature

Joseph Cook
Printed Name

12. Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13. You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

Joseph Cook #6459
405 Randle st.
Edwardsville, Il.
62025




MAIL CLEARED

Legal
Mail

Clerk of the Court
United states District Court
Southern District of ILLinois
750 Missouri Ave.
EAST ST. Louis, IL. 62201

RECEIVED
DEC 13 2019
MADISON COUNTY JAIL

RECEIVED
DEC 18 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131